UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2207
(3:19-cv-00695-GCM-DCK)

_____

JODY ROSE, as Administratrix of the Estate of Kyree Devon Holman

       Plaintiff - Appellant

v.

PSA AIRLINES, INC.; PSA AIRLINES, INC. GROUP BENEFIT PLAN; UMR, INC.; QUANTUM HEALTH, INC., a/k/a MyQHealth by Quantum; MCMC, LLC

       Defendants - Appellees

and

PSA AIRLINES GROUP INSURANCE PLAN; PSA AIRLINES GROUP HEALTH BENEFIT PLAN; PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN; PSA AIRLINES SHARED SERVICES ORG.

       Defendants

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Richardson, Judge Quattlebaum, and Judge Heytens.

                                For the Court

                                /s/ Nwamaka Anowi, Clerk